**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UHLIG LLC d/b/a CONDOCERTS™ AND d/b/a WELCOMELINK® </br></br>      Plaintiff/Counter-Defendant, </br></br> v. </br></br> CORELOGIC, INC. and CORELOGIC SOLUTIONS, LLC </br></br>      Defendants/Counter-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO. 2:21-cv-02543-DDC-GEB |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 13, 2023, Plaintiff Uhlig LLC d/b/a CondoCerts™ and d/b/a WelcomeLink® ("Uhlig"), by and through undersigned counsel, served Plaintiff-Counterclaim Defendant Uhlig, LLC's Expert Witness Disclosures via electronic mail on the counsel of record listed below:

Counsel:

| | |
|---|---|
| Tyler W. Hudson </br> Eric D. Barton </br> WAGSTAFF & CARTMELL LLP </br> 4740 Grand Ave., Ste. 300 </br> Kansas City, MO 64112 </br> Telephone: 816-701-1100 </br> thudson@wcllp.com </br> ebarton@wcllp.com </br> *Attorneys for Defendants CoreLogic, Inc. and CoreLogic Solutions, LLC* | Michael D. Adams </br> Damon Mircheff </br> Seth Jessee </br> RUTAN & TUCKER, LLP </br> 18575 Jamboree Road, 9th Floor </br> Irvine, CA 92612 </br> Telephone: 714-641-5100 </br> madams@rutan.com </br> dmircheff@rutan.com </br> sjessee@rutan.com </br> *Attorneys for Defendants CoreLogic, Inc. and CoreLogic Solutions, LLC* |

1

Respectfully submitted this 16th day October, 2023.

        KUTAK ROCK LLP

        *s/ Juliet A. Cox*
        Juliet A. Cox, KS Bar #17016
        Two Pershing Square
        2300 Main Street, Suite 800
        Kansas City, MO 64108
        Tel: (816) 960-0090
        Juliet.cox@kutakrock.com

        Thomas W. Snyder, CO Bar #33106
        (admitted *pro hac vice*)
        KUTAK ROCK LLP
        2001 16th Street, Suite 1800
        Denver, CO 80202
        Tel: 303-297-2400
        Thomas.snyder@kutakrock.com

        ***ATTORNEYS FOR PLAINTIFF***
        ***UHLIG LLC d/b/a CONDOCERTS™ AND***
        ***d/b/a WELCOMELINK®***

4878-4648-0756

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2023, the foregoing **CERTIFICATE OF SERVICE** was filed via CM-ECF, which will automatically send an electronic copy to all counsel of record:

Tyler W. Hudson
Eric D. Barton
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Telephone: 816-701-1100
thudson@wcllp.com
ebarton@wcllp.com

Michael D. Adams
Damon Mircheff
Seth Jessee
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
madams@rutan.com
dmircheff@rutan.com
sjessee@rutan.com

*ATTORNEYS FOR DEFENDANTS*
*CORELOGIC, INC. AND*
*CORELOGIC SOLUTIONS, LLC*

          *s/ Juliet A. Cox*
          *ATTORNEYS FOR PLAINTIFF UHLIG*
          *LLC d/b/a CONDOCERTS™ AND d/b/a*
          *WELCOMELINK®*